**Case 16-2026-CA-000599-AXXX-MA**

| Department | Circuit Civil | Division | CV-B |
|---|---|---|---|
| Case Status | OPEN | File Date | 1/27/2026 3:43:59 PM |
| Judge Name | DEARING, KATIE L | Officer | |
| Private Attorney | Moore, Brian Fitzpatrick | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| ELIJAH OMAR WATFORD | PLAINTIFF / | 6680 BENNETT CREEK DRIVE APT 816 JACKSONVILLE, FL32216 |
| WALMART STORES EAST, LP | DEFENDANT / | PO BOX 8050 BENTONVILLE, AR72712 |
| WALMART, INC. | DEFENDANT / | 1200 S. PINE ISLAND ROAD PLANTATION, FL33324 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Moore, Brian Fitzpatrick Private Attorney (86167) | 121 W Forsyth St Ste 1000 Jacksonville, FL32202-3855 | ELIJAH OMAR WATFORD (PLAINTIFF) |
| Hackman, Jenna Tracy Private Attorney (461466) | 1400 E Newport Center Dr Ste 100 Deerfield Beach, FL33442-7705 | WALMART STORES EAST, LP (DEFENDANT) WALMART, INC. (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 03/25/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 03/25/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 01/28/2026 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |
| 01/28/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |

### Dockets

Docket Commands - e-Certify (Purchase)

| Line / Document | Count | Effective Entered | Description | Pages | Image | e-Certify / Select |
|---|---|---|---|---|---|---|
| 1 | -- | 1/27/2026 1/28/2026 | OTHER NEGLIGENCE-PREMISES LIABILITY-COMMERCIAL | | | |
| 2 D2 | -- | 1/27/2026 1/28/2026 | COVER SHEET | 3 | **Available** VOR, Ready to view | ☐ |
| 3 D3 | -- | 1/27/2026 1/28/2026 | COMPLAINT | 6 | **Available** VOR, Ready to view | ☐ |
| 4 D4 | -- | 1/27/2026 1/28/2026 | UNABLE TO ISSUE | 2 | **Available** VOR, Ready to view | ☐ |

Docket Commands - e-Certify (Purchase)

Docket Commands -

| Line / Document | Count | Effective Entered | Description | Pages | Image | e-Certify / Select |
|---|---|---|---|---|---|---|
| 5 D5 | -- | 1/27/2026 1/28/2026 | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT, WALMART STORES EAST L.P. | 9 | Available VOR, Ready to view | ☐ |
| 6 D6 | -- | 1/28/2026 1/28/2026 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 5055529 | 1 | Available Public access | ☐ |
| 7 D7 | -- | 1/28/2026 1/28/2026 | STANDING ORDER FOR DIVISION CV-B | 1 | Available VOR, Ready to view | ☐ |
| 8 D8 | -- | 3/24/2026 3/25/2026 | SUMMONS ISSUED WALMART, INC. (DEFENDANT) | 2 | Available VOR, Ready to view | ☐ |
| 9 D9 | -- | 3/24/2026 3/25/2026 | SUMMONS ISSUED WALMART STORES EAST, LP & PROPERTY TAX DEPARTMENT (DEFENDANT) | 2 | Available VOR, Ready to view | ☐ |
| 10 D10 | -- | 3/25/2026 3/25/2026 | CASE FEES PAID: $20.00 ON RECEIPT NUMBER 5096153 | 1 | Available Public access | ☐ |
| 11 D11 | -- | 4/13/2026 4/14/2026 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MANAGEMENT DEADLINES - CMC ON 07/27/2026 @ 10:00AM IN HEARING ROOM 701 | 5 | Available VOR, Ready to view | ☐ |
| 12 D12 | -- | 4/27/2026 4/28/2026 | SUMMONS RETURNED INDICATING SERVICE ON WAL-MART STORES EAST LP ON 04/23/2026 @255PM | 3 | Available Public access | ☐ |
| 13 D13 | -- | 4/27/2026 4/29/2026 | SUMMONS RETURNED INDICATING SERVICE ON WALMART INC ON 04/23/2026 @255PM | 3 | Available Public access | ☐ |
| 14 D15 | -- | 5/1/2026 5/5/2026 | DESIGNATION OF EMAIL (DEFTS) FOR SERVICE | 2 | Available VOR, Ready to view | ☐ |
| 15 D16 | -- | 5/1/2026 5/6/2026 | NOTICE OF APPEARANCE OF COUNSEL JENNA HACKMAN FOR WALMART STORES EAST, LP AND WALMART, INC. | 1 | Available Public access | ☐ |
| 16 D14 | -- | 5/4/2026 5/4/2026 | NOTICE OF UNAVAILABILITY / NONAVAILABILITY | 2 | Available VOR, Ready to view | ☐ |
| 17 D20 | -- | 5/11/2026 5/13/2026 | ANSWER AND AFFIRMATIVE DEFENSES (DEFTS) | 6 | Available VOR, Ready to view | ☐ |

Docket Commands -

|  | | | Docket Commands - | | | |
| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image | e-<br>Certify<br>/ Select |
|---|---|---|---|---|---|---|
| 18<br>D17 | -- | 5/12/2026<br>5/12/2026 | NOTICE OF COMPLIANCE -DEFENDANTS' | 1 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 19<br>D18 | -- | 5/12/2026<br>5/12/2026 | REQUEST FOR ADMISSIONS | 2 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 20<br>D19 | -- | 5/12/2026<br>5/12/2026 | REQUEST TO PRODUCE (DEFENDANTS WALMART INC AND WAL MART STORES EAST LP) TO<br>PLAINTIFF | 12 | **Available**<br>VOR, Ready to<br>view | ☐ |
| 21<br>D21 | -- | 5/12/2026<br>5/13/2026 | NOTICE OF SERVICE OF INTERROGATORIES -DEFENDANTS' | 1 | **Available**<br>VOR, Ready to<br>view | ☐ |
|  | | | Docket Commands - | | | |